# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **J.D. FIELDS & COMPANY, INC.** | **PLAINTIFF** |
| v. Case No. 4:12-cv-00754-KGB | |
| **NUCOR-YAMATO STEEL COMPANY and NUCOR CORPORATION** | **DEFENDANTS** |
| **NUCOR-YAMATO STEEL COMPANY** | **COUNTERCLAIMANT** |
| v. | |
| **J.D. FIELDS & COMPANY, INC.** | **COUNTERDEFENDANT** |

## ORDER

Before the Court is a stipulation of dismissal filed by all parties (Dkt. No. 230). In the stipulation, the parties stipulate that all claims brought by the plaintiff and counterclaimant are dismissed with prejudice with each party to bear its own costs. Therefore, this case is hereby dismissed with prejudice. All pending motions are denied as moot.

So ordered this 13th day of September, 2016.

_____
Kristine G. Baker
United States District Judge